UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

DONNA HEDGES, *on behalf of herself and all other persons similarly situated*,

                      Plaintiff,

    -against-

SAINT FRANCIS UNIVERSITY,

                      Defendant.

------------------------------------- x



ORDER

20 Civ. 8664 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: February 3, 2021
       New York, New York

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              United States District Judge